Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
CARLITA SMITH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| CARLITA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> DYNAMIC RECOVERY SOLUTIONS, INC., <br><br> Defendant. | **Case No.: 3:16-cv-01467** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, CARLITA SMITH, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, DYNAMIC RECOVERY SOLUTIONS, INC.

RESPECTFULLY SUBMITTED,


DATED: September 26, 2016          AGRUSS LAW FIRM, LLC


                                   By: /s/  Michael S. Agruss
                                       Michael S. Agruss
                                       Attorney for Plaintiff
                                       CARLITA SMITH

1

## **CERTIFICATE OF SERVICE**

On September 26, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Ginny Brock, at ginnybethbrock@theecholsfirm.com.